**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7471**

HOWELL W. WOLTZ, TEP,

                    Petitioner - Appellant,

          v.

UNITED STATES OF AMERICA,

                    Respondent - Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Irene C. Berger, District Judge.  (5:09-cv-00209)

Submitted:  February 28, 2011        Decided:  March 8, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howell W. Woltz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz, a federal prisoner, appeals the district court's orders accepting in part the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition, and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Woltz v. United States</u>, No. 5:09-cv-00209 (S.D. W. Va. Sept. 30 & Oct. 14, 2010). Further, we deny Woltz's motion for bail pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>